UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE: CHAPTER 13

LUCAS FRAUSTO CASE NO. 09-72287

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** LVNV Funding, LLC        **Court claim #:** 6

**Last four digits** of any number used to identify the debtor's account: 5666 / 8002

---

*Final Cure Amount*

Amount of Prepetition Arrears        $4597.80 (per creditor's proof of claim)

Amount Paid by Trustee        $0.00

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☒    Thru the Chapter 13 Plan        ☐    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/8/2014        /s/Lydia S. Meyer
                         Lydia S. Meyer, Trustee
                         308 W. State St., Suite 212
                         Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of October, 2014.

Dated:  10/8/2014        /s/Cynthia K. Burnard

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES, LP
PO BOX 10675
GREENVILLE, SC 29603-0675

KEY BANK
% WELTMAN WEINBERG & REIS CO LPA
323 W LAKESIDE AVE  2ND FL
CLEVELAND, OH 44113

LUCAS FRAUSTO
1013 LOOMIS STREET
ROCKFORD, IL  61102

ATTORNEY DONALD P. SULLIVAN
126 N. CHURCH STREET
ROCKFORD, IL  61101